PATTERSON v. UNITED STATES.

(Circuit Court of Appeals, Fifth Circuit. November 12, 1917. Rehearing Denied December 15, 1917.)

No. 3131.

In Error to the District Court of the United States for the Northern District of Alabama; Wm. I. Grubb, Judge.

Simp Patterson was convicted of crime, and he brings error. Affirmed.

Louis Silberman, of Birmingham, Ala., for plaintiff in error.

Robt. N. Bell, U. S. Atty., and Ralph W. Quinn, Asst. U. S. Atty., both of Birmingham, Ala.

Before WALKER and BATTS, Circuit Judges, and FOSTER, District Judge.

FOSTER, District Judge. The questions presented by this writ of error are controlled by the decision in the matter of Hollis v. United States, 246 Fed. 832, —— C. C. A. ——.

Affirmed.